■ TIMOTHY A. RUDNIK et al., Plaintiffs, v GLADSTON C. PETINAUD, Defendant/Third-Party Plaintiff-Respondent. SARAH C. JOYCE, Third-Party Defendant-Appellant. [953 NYS2d 528]— Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered March 24, 2011 in a personal injury action. The order, among other things, denied the motion of third-party defendant for summary judgment dismissing the third-party complaint.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on June 19, 2012, and filed in the Erie County Clerk's Office on July 12, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Fahey, J.P., Peradotto, Carni and Martoche, JJ.